UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-8209 FMO (Ex) | Date | July 15, 2016 |
|---|---|---|---|
| Title | VW Credit Inc. v. City of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Julieta Lozano | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (In Chambers) Order to Show Cause Re: Sanctions

Pursuant to the Court's Order of March 11, 2016, the parties were required to complete a settlement conference before the assigned magistrate judge no later than May 16, 2016. (See Dkt. 37, Court's Order of March 11, 2016, at 18). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id. at 18-19).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT counsel for plaintiff[1] shall show cause in writing, no later than **July 20, 2016**, why sanctions should not be imposed for failure to comply with the court's orders. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | jloz | |

---

[1] Plaintiff's counsel was responsible for contacting the magistrate judge to obtain available dates for the settlement conference and advising the magistrate judge of the settlement conference date selected by the parties. (See Dkt. 37, Court's Order of March 11, 2016, at 18). Plaintiff's counsel shall therefore be held accountable for the parties' failure to comply.